ORIGINAL

FILED
2010 MAY 19 P 1:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1. ADAM A. LEWIS (CA SBN 88736)
   (alewis@mofo.com)
2. GRANT L. KIM (Cal. Bar No. 114989)
   (gkim@mofo.com)
3. ALISON M. TUCHER (Cal. Bar No. 171363)
   (atucher@mofo.com)

MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

| | |
|---|---|
| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANTLE USA, INC., <br><br> Defendant. | Case No. CV 10 2160 <br><br> HYSOUNG (AMERICA), INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16 <br><br> Date: <br> Time: <br> Courtroom: <br> Judge: |

HYOSUNG (AMERICA), INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Hyosung (America), Inc. states that the following publically held company owns 10% or more of Hyosung (America), Inc.'s stock: Hyosung Holdings USA, Inc.

Pursuant to Civil Local Rule 3-16, Plaintiff Hyosung (America), Inc. certifies that as of this date, other than the named parties, the following entities have an interest, including financial, in the subject matter in this controversy:

- Hyosung Corporation
- Nautilus Hyosung America, Inc.
- Hyosung Holdings USA, Inc.

Dated: May 19, 2010

MORRISON & FOERSTER LLP

By: _____Alison Tucher_____
Alison Tucher

Attorneys for Petitioners
HYOSUNG (AMERICA), INC. and
NAUTILUS HYOSUNG INC.

HYOSUNG (AMERICA), INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16