ORIGINAL FILED

2010 MAY 19 P 1: 16

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1 ADAM A. LEWIS (CA SBN 88736)
(alewis@mofo.com)
2 GRANT L. KIM (Cal. Bar No. 114989)
(gkim@mofo.com)
3 ALISON M. TUCHER (Cal. Bar No. 171363)
(atucher@mofo.com)
4
MORRISON & FOERSTER LLP
5 425 Market Street
San Francisco, California 94105-2482
6 Telephone: 415.268.7000
Facsimile: 415.268.7522
7
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

| | |
|---|---|
| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG INC., | Case No. CV 10 2160 |
| Plaintiffs, | NAUTILUS HYOSUNG INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16 |
| v. | |
| HANTLE USA, INC., | |
| Defendant. | Date:<br>Time:<br>Courtroom:<br>Judge: |

NAUTILUS HYOSUNG INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
AND LOCAL RULE 3-16

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Nautilus Hyosung Inc. states that the following publicly held company owns 10% or more of Nautilus Hyosung Inc.'s stock: Hyosung Corporation.

Pursuant to Civil Local Rule 3-16, Plaintiff Nautilus Hyosung Inc. certifies that as of this date, other than the named parties, the following entities have an interest, including financial, in the subject matter in this controversy:

- Hyosung Corporation
- Nautilus Hyosung America, Inc.
- Hyosung Holdings USA, Inc.

Dated: May 19, 2010

MORRISON & FOERSTER LLP

By: _____
Alison Tucher

Attorneys for Petitioners
HYOSUNG (AMERICA), INC. and
NAUTILUS HYOSUNG INC.

NAUTILUS HYOSUNG INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3-16

1