1   ROBERT E. FREITAS (State Bar No. 80948)
    rfreitas@orrick.com
2   MATTHEW H. POPPE (State Bar No. 177854)
    mspillner@orrick.com
3   KRISTIN S. CORNUELLE (State Bar No. 245728)
    kcornuelle@orrick.com
4   JACOB A. SNOW (*pending admission*)
    jsnow@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
6   Menlo Park, CA  94025
    Telephone:     (650) 614-7400
7   Facsimile:     (650) 614-7401

8   Attorneys for Defendant
    Hantle USA, Inc.
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  HYOSUNG (AMERICA), INC. and            Case No. CV10-2160 BZ
    NAUTILUS HYOSUNG INC.,
15                                          **STIPULATION FOR EXTENSION OF
                                            TIME TO RESPOND TO COMPLAINT**
16              Plaintiffs,

17         v.                               Complaint Filed:  May 19, 2010
                                            Judge: The Honorable Bernard Zimmerman
18  HANTLE USA, INC.,

19              Defendant.

20

21

22

23

24

25

26

27

28

1    **WHEREAS**, Plaintiffs Hyosung (America), Inc. and Nautilus Hyosung Inc. ("Plaintiffs")

2    filed a Complaint For Avoidance And Recovery Of Fraudulent Conveyance And Related Claims

3    on or about May 19, 2010 against Defendant Hantle USA, Inc. ("Defendant");

4    **WHEREAS**, Plaintiffs served Defendant with the Complaint and other documents on or

5    about May 19, 2010;

6    **WHEREAS**, Defendant's response to the Complaint was originally due on or before

7    June 9, 2010;

8    **WHEREAS**, Plaintiffs have agreed to grant Defendant an extension of time to and

9    including June 16, 2010 in which to respond to the Complaint;

10    **WHEREAS**, this is the first such extension of time and not for the purposes of delay,

11    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through

12    their respective attorneys of record, as follows:

13    The parties jointly stipulate that Defendant's time in which to answer, move or otherwise

14    respond to Plaintiffs' Complaint shall be extended to and including June 16, 2010.

15    Dated:  June 9, 2010                                      Respectfully submitted,

16                                                              ROBERT E. FREITAS
                                                              MATTHEW H. POPPE
17                                                            KRISTIN S. CORNUELLE
                                                              JACOB A. SNOW
18                                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

19

20                                                            _/s/  Matthew H. Poppe  /s/_
                                                              Matthew H. Poppe
21                                                            Attorneys for Defendant
                                                              Hantle USA, Inc.

22    Dated:  June 9, 2010                                      ADAM A. LEWIS
                                                              GRANT L. KIM
23                                                            ALISON M. TUCHER
                                                              MORRISON & FOERSTER LLP
24

25                                                            _/s/ Grant L. Kim_ /s/
                                                              Grant L. Kim
26                                                            Attorneys for Plaintiffs
                                                              Hyosung (America), Inc. and
27                                                            Nautilus Hyosung, Inc.

28

OHS West:260932045.1                     - 1 -                   STIPULATION FOR EXTENSION OF TIME
                                                                TO RESPOND TO COMPLAINT
                                                                CASE NO. CV 10 2160 (BZ)

1    **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

2    perjury that concurrence in the filing of the document has been obtained from its signatory.

3    Dated: June 9, 2010                                    Respectfully submitted,

4

5                                                                    _/s/ Matthew H. Poppe /s/_
                                                                       Matthew H. Poppe

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. CV 10 2160 (BZ)