1   ROBERT E. FREITAS (State Bar No. 80948)
    rfreitas@orrick.com
2   MATTHEW H. POPPE (State Bar No. 177854)
    mspillner@orrick.com
3   KRISTIN S. CORNUELLE (State Bar No. 245728)
    kcornuelle@orrick.com
4   JACOB A. SNOW (*pending admission*)
    jsnow@orrick.com
5   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
6   Menlo Park, CA  94025
    Telephone:     (650) 614-7400
7   Facsimile:     (650) 614-7401

8   Attorneys for Defendant
    Hantle USA, Inc.
9

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14   HYOSUNG (AMERICA), INC. and          Case No. CV10-2160 BZ
     NAUTILUS HYOSUNG INC.,
15                                         **STIPULATION FOR EXTENSION OF
                                           TIME TO RESPOND TO COMPLAINT**
16              Plaintiffs,

17         v.                              Complaint Filed:  May 19, 2010
                                           Judge: The Honorable Bernard Zimmerman
18   HANTLE USA, INC.,

19              Defendant.

20

21

22

23

24

25

26

27

28

1  **WHEREAS**, Plaintiffs Hyosung (America), Inc. and Nautilus Hyosung Inc. ("Plaintiffs")

2  filed a Complaint For Avoidance And Recovery Of Fraudulent Conveyance And Related Claims

3  on or about May 19, 2010 against Defendant Hantle USA, Inc. ("Defendant");

4  **WHEREAS**, Plaintiffs served Defendant with the Complaint and other documents on or

5  about May 19, 2010;

6  **WHEREAS**, Defendant's response to the Complaint was originally due on or before

7  June 9, 2010;

8  **WHEREAS**, Plaintiffs have agreed to grant Defendant an extension of time to and

9  including June 16, 2010 in which to respond to the Complaint;

10  **WHEREAS**, this is the first such extension of time and not for the purposes of delay,

11  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through

12  their respective attorneys of record, as follows:

13  The parties jointly stipulate that Defendant's time in which to answer, move or otherwise

14  respond to Plaintiffs' Complaint shall be extended to and including June 16, 2010.

15  Dated: June 9, 2010                          Respectfully submitted,

16                                               ROBERT E. FREITAS
                                                 MATTHEW H. POPPE
17                                               KRISTIN S. CORNUELLE
                                                 JACOB A. SNOW
18                                               ORRICK, HERRINGTON & SUTCLIFFE LLP

19
                                                 _____
20                                               /s/  Matthew H. Poppe  /s/
                                                 Matthew H. Poppe
21                                               Attorneys for Defendant
                                                 Hantle USA, Inc.

22  Dated: June 9, 2010                          ADAM A. LEWIS
                                                 GRANT L. KIM
23                                               ALISON M. TUCHER
                                                 MORRISON & FOERSTER LLP
24

25                                               _____
                                                 /s/ Grant L. Kim /s/
26                                               Grant L. Kim
                                                 Attorneys for Plaintiffs
27                                               Hyosung (America), Inc. and
                                                 Nautilus Hyosung, Inc.
28

IT IS SO ORDERED

Judge Bernard Zimmerman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OHS West:260932045.1                    - 1 -

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
CASE NO. CV 10 2160 (BZ)

1  **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

2  perjury that concurrence in the filing of the document has been obtained from its signatory.

3  Dated: June 9, 2010                                Respectfully submitted,

4

5                                                  */s/ Matthew H. Poppe /s/*
                                                     Matthew H. Poppe

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260932045.1                    - 2 -                    STIPULATION FOR EXTENSION OF TIME
                                                                 TO RESPOND TO COMPLAINT
                                                                 CASE NO. CV 10 2160 (BZ)