1  ADAM A. LEWIS (CA SBN 88736)
   (alewis@mofo.com)
2  GRANT L. KIM (Cal. Bar No. 114989)
   (gkim@mofo.com)
3  ALISON M. TUCHER (Cal. Bar No. 171363)
   (atucher@mofo.com)
4  MARIA CHEDID (Cal. Bar No. 187396)
   (mchedid@mofo.com)
5  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
6  San Diego, California  92130-2040
   Telephone: 858.720.5100
7  Facsimile: 858.720.5125

8  Attorneys for Petitioners
   HYOSUNG (AMERICA), INC. and
9  NAUTILUS HYOSUNG, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG, INC., <br><br> Petitioners, <br><br> v. <br><br> TRANAX TECHNOLOGIES, INC., <br><br> Respondent. | Case No.   CV-10-793 VRW <br><br> [~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12, 7-11)** |
|---|---|

**[~~PROPOSED~~] ORDER**

On May 20, 2010, Hyosung (America), Inc. and Nautilus Hyosung, Inc. ("Hyosung") filed an Administrative Motion to Consider Whether Cases Should be Related Under Local Rules 3-12 and 7-11.

IT IS HEREBY ORDERED THAT Hyosung's administrative motion is GRANTED.

IT IS FURTHER ORDERED THAT *Hyosung (America), Inc. and Nautilus Hyosung, v. Hantle USA, Inc.*, Case No. CV-10-2160-BZ, is related to *Hyosung (America), Inc. and Nautilus Hyosung, v. Tranax Technologies, Inc.*, Case No. CV-10-793-VRW.

1  Pursuant to Northern District of California Civil Local Rules 3-12 and 7-11, *Hyosung
2  (America), Inc. and Nautilus Hyosung, v. Hantle USA, Inc.*, Case No. CV-10-2160-BZ, shall be
3  reassigned to the Honorable Vaughn R. Walker.

6  IT IS SO ORDERED.

GRANTED

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

Date: __June 10, 2010__.

2