ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@orrick.com
MATTHEW H. POPPE (State Bar No. 177854)
mspillner@orrick.com
KRISTIN S. CORNUELLE (State Bar No. 245728)
kcornuelle@orrick.com
JACOB A. SNOW (to be admitted *pro hac vice*)
jsnow@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Attorneys for Defendant
Hantle USA, Inc.

RECEIVED
2010 JUL 30 P 3:42
RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYOSUNG (AMERICA), INC. and NAUTILUS HYOSUNG INC., <br><br> Plaintiffs, <br><br> v. <br><br> HANTLE USA, INC., <br><br> Defendant. | Case No. 10-cv-2160-VRW <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF JACOB A. SNOW PURSUANT TO CIVIL L.R. 11-3(b) <br><br> Judge: Hon. Vaughn R. Walker |

1   IT IS HEREBY ORDERED that the application for admission *pro hac vice* of Jacob A.
2   Snow, pursuant to Civil L.R. 11-3(b) is granted, subject to the terms and conditions of Civil L.R.
3   11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers
4   upon and communication with co-counsel designated in the application will constitute notice to
5   the party. All future filings in this action are subject to the requirements contained in General
6   Order No. 45, *Electronic Case Filing*.

**IT IS SO ORDERED.**

Dated: 8/9/2010

_____
The Honorable Vaughn R. Walker
United States District Judge

[GRANTED — Judge Vaughn R Walker]

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION *PRO HAC VICE* OF JACOB A. SNOW
CASE NO. 10-CV-2160-VRW